FORM L51 Final Decree (v.7.06)

10-51775 - B - 7



**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**3/25/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

## FINAL DECREE

Case Number:   10-51775 - B - 7

Debtor Name(s), Social Security Number(s), and Address(es):

Eric Marie Gignoux
xxx-xx-3771

519 Circle Drive
Oroville, CA 95966

Deborah King Gignoux
xxx-xx-9765

519 Circle Drive
Oroville, CA 95966

OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:

Eric Gignoux

Debbie King
Deborah King
Debbie King Gignoux

Trustee:     Linda S. Schuette
PO Box 743
Palo Cedro, CA 96073

Telephone Number:     530-222-3888

Office of the United States Trustee:

For cases in the Sacramento Division and Modesto Division:    501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division:    2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
3/25/11

For the Court,
Wayne Blackwelder , Clerk